

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Michael Cagle and Martin Lake
Construction, Inc., Appellants

No. 06-12-00034-CV          v.

Timothy J. Clark, Appellee

Appeal from the County Court at Law of
Panola County, Texas (Tr. Ct. No. 2009-
187). Opinion delivered by Justice Carter,
Chief Justice Morriss and Justice Moseley
participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of
the court below. Therefore, we reverse the judgment of the trial court and remand the cause for
further proceedings consistent with the opinion.

We further order that the appellee, Timothy J. Clark, pay all costs of this appeal.

RENDERED APRIL 26, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk